[Nos. 28332-1-III; 28395-1-III.   Division Three.   July 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PHILLIP WEBSTER, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID PHILLIP WEBSTER, *Petitioner*.

Appeal from a judgment of the Superior Court for Franklin County, No. 05-1-50321-1, Cameron Mitchell, J., entered July 30, 2009, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 58511-8-I.   Division One.   July 16, 2012.]

ALEX SALAS, *Appellant*, v. HI-TECH ERECTORS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-36411-6, Michael Hayden, J., entered June 26, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 65246-0-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. REY DAVIS-BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01294-4, Laura C. Inveen, J., entered April 20, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.